HARRIET A. GRINNELL, Respondent, v. WILLIAM G. TAYLOR, Appellant.

*Grinnell* v. *Taylor*, 85 Hun, 85, affirmed.
(Argued January 28, 1898; decided March 8, 1898.)

APPEAL from a judgment of the late General Term of the Supreme Court in the fourth judicial department, entered March 9, 1895, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial.

*Frederick W. Thomson* for appellant.

*Arthur L. Chapman* for respondent.

Judgment affirmed, with costs; no opinion.

All concur, except O'Brien and Vann, JJ., dissenting, and Martin, J., not sitting.